```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A05-0217--CV (RRB)
         "MORGAN STANLEY DW INC V CHARLES ADAMS ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/02/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (190) Other contract actions

           Origin: (1) Original Proceeding
           Demand: 75
       Filing fee: Paid $250.00 on 09/02/05 receipt # 00126505
         Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1           MORGAN STANLEY DW INC             Calvin R. Jones
                                                    Jones & Colver
                                                    1900 W. Benson Blvd, Suite 201
                                                    Anchorage, AK 99517
                                                    907-272-6511
                                                    FAX 907-276-6511

DEF 1.1           ADAMS, CHARLES                    Diane F. Vallentine
                                                    Jermain Dunnagan et al
                                                    3000 A Street, Suite 300
                                                    Anchorage, AK 99503
                                                    907-563-8844
                                                    FAX 907-563-7322

DEF 2.1           HEAD, JEFFREY                     Diane F. Vallentine
                                                    (see above)

DEF 3.1           HEAD, TAMARA                      Diane F. Vallentine
                                                    (see above)

DEF 4.1           SPEYERER, MICHAEL                 Diane F. Vallentine
                                                    (see above)

DEF 5.1           RIVERA, KEITH                     Diane F. Vallentine
                                                    (see above)

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0217--CV (RRB)
                          "MORGAN STANLEY DW INC V CHARLES ADAMS ET AL"

                                     For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/02/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 09/02/05 receipt # 00126505
          Trial by:


Document #   Filed       Docket text

     1 -  1  09/02/05    Complaint filed.

     2 -  1  09/02/05    PLF 1 motion for temporary restraining order w/att memo & declarations.

     3 -  1  09/02/05    RRB Order re hrg on motion for TRO (2-1) set for 9/8/05 at 10:00 a.m.
                         cc: cnsl

  NOTE -  1  09/06/05    Issued: summons re: DEF 1-5.

     4 -  1  09/06/05    PLF 1 Notice of hrg on plf's mot for TRO Order.

     5 -  1  09/07/05    DEF 1-5 motion to continue hearing on plaintiff's motion for temporary
                         restraining order w/att aff.

     6 -  1  09/07/05    DEF 1-5 motion for consideration on shortened time re: motion to
                         continue hearing on plaintiff's motion for temporary restraining order
                         w/att aff.

     7 -  1  09/07/05    RRB Court Minutes [ECR: Linda Christensen] re Hearing on Plaintiff's
                         Motion for TRO (held 9/8/05); def cnsl's req for time to prepare brief
                         granted; defs brief due by Noon 9/9/05; plt reply brief due by cob
                         9/12/05; plt to serve arbitration request on defs.  cc:  cnsl

     8 -  1  09/09/05    DEF 1-5 opposition to PLF 1 motion for temporary restraining order (2-1)
                         w/att exhs.

     9 -  1  09/09/05    DEF 1-5 motion to set evidentiary hearing on plaintiff's motion for
                         temporary restraining order.

    10 -  1  09/12/05    PLF 1 reply to opposition to PLF 1 motion for temporary restraining
                         order (2-1).

    11 -  1  09/14/05    RRB Order denying motion to set evidentiary hearing on plaintiff's
                         motion for temporary restraining order (9-1); staying motion for
                         temporary restraining order (2-1).  This order shall remain in effect
                         until a panel of arbitrators apointed  have considered and made a
                         determination on the matter of possible permanent injunctive relief.
                         Plf shall post a $10,000. security in the form of bond w/in two business
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0217--CV (RRB)
                         "MORGAN STANLEY DW INC V CHARLES ADAMS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | days of this order and the bond shall not be released until such time as the court orders.  The court will retain jurisdiction to consider issues of enforcement of the terms of this order.  Each party shall bear its own costs.  cc: cnsl |
| 12 - 1 | 09/19/05 | PLF 1 Notice of filing security bond (#3895570- receipt # 3559) & power of attorney. (original bond forwarded to Finance to be placed in vault for safe keeping) |
| 13 - 1 | 11/23/05 | RRB Minute Order re parties to file status report by 12/9/05 & notify crt what action, if any, needs to be taken in this matter.  cc: cnsl |