Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

       Plaintiff,

vs.

CHARLES ADAMS, JEFFREY HEAD,
TAMARA HEAD, MICHAEL SPEYERER,
and KEITH RIVERA,

       Defendant[s].

No. A05-217-CV (RRB)

MOTION TO EXONERATE BOND

      Plaintiff, Morgan Stanley, pursuant to this court's September 13, 2005 Temporary Restraining Order, posted $10,000 security in the form of a bond, which was executed on September 15, 2005 and filed with this court on September 19, 2005.

      The parties having arrived at a settlement of the above-captioned case, Plaintiff hereby requests that the court exonerate the $10,000 security bond and release it as required under the court's September 13, 2005 Temporary Restraining Order, paragraph 7, page 4.

      Dated this 28 day of December, 2005.

Jones & Colver, LLC

By: _____
Calvin R. Jones, ASB
# 7610109
*Of Attorneys for Plaintiff Morgan Stanley DW Inc.*

MOTION TO EXONERATE BOND- 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2005, I served the foregoing document on the following parties at the following address:

Dianne F. Vallentine
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage AK 99503

by hand delivering by messenger to Dianne F. Valentine, attorney for Defendants, a true and correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage, Alaska on said day with postage prepaid.

_____
Elizabeth Steele

CERTIFICATE OF SERVICE - 1

JONES & COLVER, OLC
ATTORNEYS AT LAW
1900 WEST BENSON BLVD., SUITE 201
ANCHORAGE ALASKA 99517
TELEPHONE: (907) 272-6511