Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

    Plaintiff,

vs.

CHARLES ADAMS, JEFFREY HEAD, TAMARA HEAD, MICHAEL SPEYERER, and KEITH RIVERA,

    Defendant[s].

No. A05-217-CV (RRB)

STIPULATION FOR EXONERATION OF BOND

    Plaintiff, Morgan Stanley DW, Inc., by and through counsel, Calvin R. Jones of Jones & Colver, LLC and Diane F. Vallentine of Jermain, Dunnagan & Owens, P.C. on behalf of defendants Charles Adams, Jeffrey Head, Tamara Head, Michael Speyerer and Keith Rivera hereby stipulate that the security bond number 3895570 be exonerated.

    Dated this 28 day of December, 2005.

Jones & Colver, LLC

By: _____
Calvin R. Jones,
ASB #7610109
*Of Attorneys for Plaintiff Morgan Stanley DW Inc.*

Dated this 30 day of December, 2005.

Jermain Dunnagan & Owens

By: _____
Dianne F. Vallentine
ASB #7710177

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511

PDX/012345/012345/MDF/1340800.1