Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

    Plaintiff,

vs.

CHARLES ADAMS, JEFFREY HEAD,
TAMARA HEAD, MICHAEL SPEYERER,
and KEITH RIVERA,

    Defendant[s].

No. A05-217-CV (RRB)

ORDER EXONERATING BOND

  The parties having filed for Exoneration of the Bond; and the court being fully advised

  IT IS HEREBY ORDERED that the 10,000.00 security bond (Number 3895570) is exonerated.

  Dated this _____ day of _____, 200___.

_____
Judge of the U.S. District Court for Alaska

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511

PDX/012345/012345/MDF/1340800.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2005, I served the foregoing document on the following parties at the following address:

Dianne F. Vallentine
Jermain Dunnagan & Owens
3000 A Street, Suite 300
Anchorage AK 99503

by hand delivering by messenger to Dianne F. Valentine, attorney for Defendants, a true and correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage, Alaska on said day with postage prepaid.

_____
Elizabeth Steele

CERTIFICATE OF SERVICE - 1

JONES & COLVER, OLC
ATTORNEYS AT LAW
1900 WEST BENSON BLVD., SUITE 201
ANCHORAGE ALASKA 99517
TELEPHONE: (907) 272-6511