Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517

(907) 272-6511

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

    Plaintiff,

    vs.

CHARLES ADAMS, JEFFREY HEAD,
TAMARA HEAD, MICHAEL SPEYERER,
and KEITH RIVERA,

    Defendant[s].

No. A05-217-CV (RRB)

STIPULATION FOR DISMISSAL

    Plaintiff, Morgan Stanley DW, Inc., by and through counsel, Calvin R. Jones of Jones & Colver, LLC and Diane F. Vallentine of Jermain, Dunnagan & Owens, P.C. on behalf of defendants Charles Adams, Jeffrey Head, Tamara Head, Michael Speyerer and Keith Rivera hereby stipulate to the dismissal with prejudice of the above caption action with each party to bear their own costs and fees.

    Dated this 28 day of December, 2005.

Jones & Colver, LLC

By: _____
Calvin R. Jones,
ASB #7610109

1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511

Stip Dismissal 12-28-05 pjb

Dated this 30 day of December, 2005.

                            Jermain Dunnagan & Owens

                            By: _____
                                  Dianne F. Vallentine
                                  ASB #7710177

2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511

Stip Dismissal 12-28-05 pjb