1   Calvin R. Jones
2   Jones & Colver, LLC
    1900 West Benson Blvd., Suite 201
3   Anchorage Alaska 99517
    (907) 272-6511
4
                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF ALASKA

6   MORGAN STANLEY DW INC.,
7   a Delaware corporation
                                          No.  A05-217-CV (RRB)
            Plaintiff,
8                                         ORDER OF DISMISSAL
9       vs.

10  CHARLES ADAMS, JEFFREY HEAD,
    TAMARA HEAD, MICHAEL SPEYERER,
11  and KEITH RIVERA,

12          Defendant[s].

13          The parties having filed for Dismissal of the action with prejudice with each

    party to bear their own costs and fees and the court being fully advised
14
            IT IS HEREBY ORDERED that the above captioned action be dismissed.
15
            Dated this _____ day of _____, 200___.
16

17

18

19                                        _____

                                          Judge of the U.S. District Court for Alaska
20

21

22

23

24

25

26

- 1

7146-2 Order Dismissal 12-28-05 pjb

## **CERTIFICATE OF SERVICE**

1

2      I hereby certify that on the _29_ th day of December, 2005, I served the

3  foregoing document on the following parties at the following address:

4

5     Dianne F. Vallentine
      Jermain Dunnagan & Owens
6     3000 A Street, Suite 300
      Anchorage AK 99503
7

8  by hand delivering by messenger to Dianne F. Valentine, attorney for Defendants, a true and

9  correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a

10  sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage,

11  Alaska on said day with postage prepaid.

12

13

14                        Elizabeth Steele

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1

JONES & COLVER, OLC
ATTORNEYS AT LAW
1900 WEST BENSON BLVD., SUITE 201
ANCHORAGE ALASKA 99517
TELEPHONE: (907) 272-6511