Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

        Plaintiff,

vs.

CHARLES ADAMS, JEFFREY HEAD,
TAMARA HEAD, MICHAEL SPEYERER,
and KEITH RIVERA,

        Defendant[s].

No. A05-217-CV (RRB)

ORDER OF DISMISSAL

The parties having filed for Dismissal of the action with prejudice with each party to bear their own costs and fees and the court being fully advised

IT IS HEREBY ORDERED that the above captioned action be dismissed.

Dated this 6 day of January, 2006.

_____
Judge of the U.S. District Court for Alaska

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511

7146-2 Order Dismissal 12-28-05 pjb