Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

Plaintiff,

vs.

CHARLES ADAMS, JEFFREY HEAD,
TAMARA HEAD, MICHAEL SPEYERER,
and KEITH RIVERA,

Defendant[s].

No. A05-217-CV (RRB)

ORDER EXONERATING BOND

The parties having filed for Exoneration of the Bond; and the court being fully advised

IT IS HEREBY ORDERED that the 10,000.00 security bond (Number 3895570) is exonerated.

Dated this 6 day of January, 200_.

_____
Judge of the U.S. District Court for Alaska

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511

PDX/012345/012345/MDF/1340800.1